Dear Honorable I. Clayton Scofield

I am having some issues with my appointed attorney. His not giving me any imformation towards my case All the time my family calls him and He do not anwser the phone and when He anwsers the phone He dosnt have any imformation.

I Aske for my discovery and I dont have it yet I think tha if it was him in this situation he probably be asking you your honor to appointe a new attorney Pleaze Assist me your honor with a new attorney to handle my case.
   Thanks.

          Thank you
          Ector Javier Aguilar
          # 63115019
          Case 1:11-CR-00462-UNA-3